AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| TAMMY STEVENS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, )<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>    Defendant. ) | **CASE NO. 5:10-CV-408-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **APRIL 5, 2011** WITH A COPY TO:

Rachel C. Lane (via CM/ECF Notice of Electronic Filing)

Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| April 5, 2011 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |