IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-cv-00408-D

| | |
|---|---|
| TAMMY STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon Plaintiff's application, and with no objection by Defendant,

It is ORDERED that the Commissioner of Social Security pay $2,633.75 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check for payment of attorney's fees will be made payable to Plaintiff, Tammy Stevens, unless the Commissioner finds that the award to Plaintiff is not subject to the Treasury Offset Program, in which case the check will be made payable to counsel, Rachel C. Lane. Upon payment of such sum this case is dismissed with prejudice.

SO ORDERED this __26__ day of __July__, 2011.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE